**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Gittel Perl, individually and on behalf of all others similarly situated,

                Plaintiff,

                -against-

Frontline Asset Strategies, LLC,

                Defendant.

Docket No: 7:19-cv-05787-CS

## **(PROPOSED) DEFAULT JUDGMENT**

This action having been commenced by Plaintiff on June 21, 2019 by the filing of the Complaint; and a copy of a Summons and Complaint having been served on Defendants on June 28, 2019; and a proof of service having been filed on July 8, 2019; and Defendants not having answered the Complaint and the time for answering the Complaint having expired; and the Clerk of the Court having entered a Default on July 29, 2019, it is

ORDERED, ADJUDGED AND DECREED: That Plaintiff have judgment against Defendant in the liquidated amount of $1,000 plus costs and disbursements of this action and reasonable attorneys' fees in the amount of $10,746.90, amounting in all to $11,746.90.

Dated: _____

                                                          _____

                                                          This document was entered on the docket on _____.

Barshay Sanders PLLC